**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **John Leverenz Masonry, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-0955595** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **810 Brook St.**<br>**Danville, IL 61832** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Vermilion** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **John Leverenz Masonry, Inc.**                                        Case number (*if known*) _____
                Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **John Leverenz Masonry, Inc.** | Case number (*if known*) _____ |
| | Name | |

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **Insurance coverage may lapse at some point in near future**

**Where is the property?**   **810 Brook Street**
**Danville, IL, 61832-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   **Country Companies**
         Contact name   **Patrick Williams**
         Phone   **217-431-8711**

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **John Leverenz Masonry, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 13, 2017**
                         MM / DD / YYYY

**X** **/s/ John Leverenz, Jr.**                                  **John Leverenz, Jr.**
Signature of authorized representative of debtor       Printed name

Title   **Vice President**

**18. Signature of attorney**

**X** **/s/ Roger L. Prillaman**                           Date   **November 13, 2017**
Signature of attorney for debtor                                        MM / DD / YYYY

**Roger L. Prillaman**
Printed name

**Prillaman & Moore, Ltd.**
Firm name

**220 West Main Street**
**Urbana, IL 61801**
Number, Street, City, State & ZIP Code

Contact phone   **217/384-1300**      Email address   **rlprillama@aol.com**

**03127613**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **John Leverenz Masonry, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF ILLINOIS

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 13, 2017**          X **/s/ John Leverenz, Jr.**
                                                    Signature of individual signing on behalf of debtor

                                                    **John Leverenz, Jr.**
                                                    Printed name

                                                    **Vice President**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **John Leverenz Masonry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................ $      **152,898.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................... $      **168,639.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................ $      **321,537.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $      **185,070.54**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $      **543.57**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      **95,246.23**

4.  **Total liabilities** ........................................................................
    Lines 2 + 3a + 3b           $      **280,860.34**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **John Leverenz Masonry, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Iroqouis Federal Savings & Loan** | **checking** | **7808** | **$20,900.00** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$20,900.00** |
|---|---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| 8.1.   **possible general liability/worker's compensation insurance refunds** | **Unknown** |
|---|---|

9.     **Total of Part 2.**

       Add lines 7 through 8. Copy the total to line 81.

| | **$0.00** |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **John Leverenz Masonry, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less: **1,014.00** - **0.00** = .... **$1,014.00**

face amount          doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                                                     **$1,014.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials misc. bricks, wire ties, accessories (lien w/Iroquois Federal) - estimated liquidation value** | **Nov. 2017** | **Unknown** | **Liquidation** | **$15,000.00** |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                                                     **$15,000.00**
Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **John Leverenz Masonry, Inc.** | Case number *(If known)* |
| | Name | |

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** misc. office equipment, furniture, etc. | **Unknown** | **Liquidation** | **$1,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$1,000.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2013 Chevy Silverado, 75,722 miles, good shape (lien w/Ally Bank)-NADA average trade-in** | **Unknown** | **Comparable sale** | **$17,450.00** |
| 47.2. | **2007 Chevy Silverado 229,000 miles - good shape (no liens) (unencumbered except for citation lien(s)) - NADA average trade-in** | **Unknown** | **Comparable sale** | **$8,025.00** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **John Leverenz Masonry, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.3. | **1998 Chevy GMT-400 Pickup Truck (no lien) (unencumbered except for citation lien(s)) - NADA average trade in** | Unknown | Comparable sale | $1,750.00 |
| 47.4. | **1977 Chevy C30 Dump Truck, 79950 miles(no lien) (unencumbered except for citation lien(s)) - estimated liquidation value** | Unknown | Liquidation | $2,500.00 |
| 47.5. | **1997 L&D Flat-bed Trailer** | Unknown | Liquidation | $1,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**misc. business equipment  (lien with Iroquois Federal) - estimated liquidation value** | Unknown | Liquidation | $100,000.00 |

51.     **Total of Part 8.**

        Add lines 47 through 50.  Copy the total to line 87.

        | $130,725.00 |
        |---|

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ☐ No
        ☑ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **John Leverenz Masonry, Inc.** _____    Case number *(If known)* _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **810 Brook St., Danville, IL 61832; 1 story masonry and metal commercial building (believed unencumbered) value based on 2004 appraisal and 2016 tax bill** | Fee Simple | Unknown | Appraisal | $152,898.00 |

56.    **Total of Part 9.**                                                                          | $152,898.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **John Leverenz Masonry, Inc.**
_____    Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $20,900.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $1,014.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $15,000.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $130,725.00 | |
| 88. **Real property.** _Copy line 56, Part 9_......................................................> | | $152,898.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $168,639.00 | + 91b. $152,898.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $321,537.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **John Leverenz Masonry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Ally Bank/BK Dept.**<br>Creditor's Name<br><br>**P.O. Box 951**<br>**Horsham, PA 19044**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2013 Chevy Silverado, 75,722 miles, good shape (lien w/Ally Bank)-NADA average trade-in** | $15,331.83 | $17,450.00 |
| | Describe the lien<br>**purchase money lien (may also be subject to citation lien(s))** | | |
| | Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Central Laborers' Pension Fund, et al**<br>Creditor's Name<br><br>**P.O. Box 1267**<br>**Jacksonville, IL 62651-1267**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Judgment entered/Union benefits 10-26-17 citation filed 17-3161** | $49,614.67 | Unknown |
| | Describe the lien<br>**10-26-17 citation lien on all personal property**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**10-3-17**<br>**Last 4 digits of account number**<br>**0765;3161** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | **John Leverenz Masonry, Inc.** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Iroquois Federal Savings & Loan** | | $82,370.37 | $136,915.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1277
619 N. Gilbert
Danville, IL 61834-1277**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**equipment $100,000; inventory $15,000; accounts $1,104; general intangibles, etc. ; deposit account $20,900.00**

**Describe the lien**
**blanket lien - UCC (may also be subject to citation lien(s))**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**9-30-16**
**Last 4 digits of account number**
**0324**
**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Trustees of Construction Industry** | | $37,753.67 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Welfare Fund of Central Illinois
c/o Patrick Ryan, Baum, Sigman, et al
200 W. Adams St., Suite 2200
Chicago, IL 60606-5231**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Judgment entered/Union benefits/citation lien filed 10-3-17, case #16-cv-2363**

**Describe the lien**
**10-3-17 citation lien on all personal property**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**8-13-17**
**Last 4 digits of account number**
**2363**
**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $185,070.54 |
|---|---|---|

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **John Leverenz Masonry, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Central Laborers' Pension Fund, et al**<br>**c/o John A. Wolters**<br>**Cavanagh & O'Hara, LLP**<br>**2319 W. Jefferson st.**<br>**Springfield, IL 62702** | Line _2.2_ | |
| **Central Laborers' Pension Fund, et al**<br>**P.O. Box 1267**<br>**Jacksonville, IL 62651-1267** | Line _2.1_ | |
| **Central Laborers' Pension Fund, et al**<br>**P.O. Box 1267**<br>**Jacksonville, IL 62651-1267** | Line _2.3_ | |
| **Trustees of Construction Industry**<br>**Welfare Fund of Central Illinois**<br>**c/o Patrick Ryan, Baum, Sigman, et al**<br>**200 W. Adams St., Suite 2200**<br>**Chicago, IL 60606-5231** | Line _2.1_ | |
| **Trustees of Construction Industry**<br>**Welfare Fund of Central Illinois**<br>**c/o Patrick Ryan, Baum, Sigman, et al**<br>**200 W. Adams St., Suite 2200**<br>**Chicago, IL 60606-5231** | Line _2.3_ | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **John Leverenz Masonry, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IDES**<br>**P.O. Box 12999**<br>**Springfield, IL 62794-9300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $543.57 | $543.57 |
| | Date or dates debt was incurred<br><br>**10-31-17** | Basis for the claim:<br>**nsf check/unemployment contributions -<br>payment failed due to citation lien/freeze on<br>bank account** | | |
| | Last 4 digits of account number **3165**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AT&T**<br>**P.O. Box 5080**<br>**Carol Stream, IL 60197-5080**<br>Date(s) debt was incurred  **10-28-17**<br>Last 4 digits of account number  **8514** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **phone debt**<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | $262.57 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Bricklayers & Allied Craftworkers,<br>Internat'l Union No. 8 of IL, et al<br>c/o Hammond and Shinners, PC<br>13205 Manchester Rd., Suite 210<br>Saint Louis, MO 63131**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **3077** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Union benefits - Judgment entered 10-12-17; case<br>#3-17-cv-03077 SEM-TSH**<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | $52,413.90 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    28442                    Best Case Bankruptcy

| Debtor | **John Leverenz Masonry, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,767.60 |
|---|---|---|---|

**Bricklayers & Trowel Trades Internat'l
Pension Fund, et al
c/o R. Hopp/O'Donoghue & O'Donoghue
5310 Wisconsin Ave., NW, Eighth Floor
Washington, DC 20015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Union benefits - judgment not yet entered, case
#1:17-cv-1696-JDB**

Last 4 digits of account number **1696**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,106.87 |
|---|---|---|---|

**Capital One Bank
P.O. Box 6492
Carol Stream, IL 60197-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various dates**

Basis for the claim: **revolving credit/misc. goods/services**

Last 4 digits of account number **4104**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Central Illinois Builders
300 W. Edwards, Suite 300
Springfield, IL 62704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business debt/organization dues**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,567.63 |
|---|---|---|---|

**Custom Service Crane
P.O. Box 267
Fisher, IL 61843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2014**

Basis for the claim: **various services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $483.52 |
|---|---|---|---|

**Depke Gases & Welding
628 W. Williams
Danville, IL 61832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **various services**

Last 4 digits of account number **1001**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,864.64 |
|---|---|---|---|

**Exxon Mobil Credit Card
P.O. Box 78001
Phoenix, AZ 85062-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **revolving credit/misc. goods/services**

Last 4 digits of account number **5567**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.14 |
|---|---|---|---|

**Fastenal Company
P.O. Box 978
Winona, WY 82213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9-11-17**

Basis for the claim: **debt**

Last 4 digits of account number **2213**

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **John Leverenz Masonry, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** |

**Howard & Howard**
**One Technology Plaza, Suite 600**
**Peoria, IL 61602-1350**

Date(s) debt was incurred  **11-6-17**

Last 4 digits of account number  **9921**

As of the petition filing date, the claim is: Check all that apply.          **$255.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** |

**Janice and John Leverenz, Sr.**
**518 Wilkin Rd.**
**Danville, IL 61832**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **-co-debtors on business debts (Notice)**
**-shareholder loan(s) to corporation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** |

**John Leverenz, Jr.**
**1665 N. Vermilion St.**
**Danville, IL 61832**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **-co-debtor on business debts (Notice)**
**-shareholder loan(s) to corporation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** |

**Laborer Local #703**
**108 E. Anthony**
**Urbana, IL 61802-7343**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.          **$1,047.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** |

**MCAA**
**1481 Merchant Dr.**
**Algonquin, IL 60102**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.          **$1,120.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **dues**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** |

**Yellow Pages United**
**P.O. Box 50038**
**Jacksonville Beach, FL 32240-0038**

Date(s) debt was incurred  _

Last 4 digits of account number  **5533**

As of the petition filing date, the claim is: Check all that apply.          **$792.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **advertising**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **John Leverenz Masonry, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bricklayer Int'l Pension**<br>**Dept. 237, 620 F. Street NW**<br>**Washington, DC 20004** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bricklayer Local 8**<br>**P.O. Box 347**<br>**Belleville, IL 62222** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bricklayers Local 8**<br>**P.O. Box 10**<br>**East Alton, IL 62024** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 543.57 |
| **5b. Total claims from Part 2** | 5b. + | $ 95,246.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 95,789.80 |

**Fill in this information to identify the case:**

Debtor name    **John Leverenz Masonry, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>John Leverenz Masonry, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF ILLINOIS</td></tr>
<tr><td>Case number <i>(if known)</i></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Janice Leverenz** | **518 Wilkin Rd. Danville, IL 61832 (co-maker)** | **Exxon Mobil Credit Card** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.2 **Janice Leverenz** | **518 Wilkin Rd. Danville, IL 61832 (personal guaranty)** | **Iroqouis Federal Savings & Loan** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **John Leverenz, Jr.** | **1665 N. Vermilion St. Danville, IL 61832 (personal guaranty)** | **Iroqouis Federal Savings & Loan** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **John Leverenz, Sr.** | **518 Wilkin Rd. Danville, IL 61832 (co-maker)** | **Capital One Bank** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.5 **John Leverenz, Sr.** | **518 Wilkin Rd. Danville, IL 61832 (personal guaranty)** | **Iroqouis Federal Savings & Loan** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **John Leverenz Masonry, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$175,221.28** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$415,231.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$772,406.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **4/13/2017; cashed in Jackson National Life Insurance Policy** | **$58,073.90** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **John Leverenz Masonry, Inc.** _____    Case number _(if known)_ _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|

4.    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **John Leverenz, Sr.** **518 Wilkin Rd.** **Danville, IL 61832** **personal guarantor** | **over past year ($2,000/month)** | **$24,000.00** | **monthly payment on Iroquois Federal loan - personally guaranteed by 3 officers** |
| 4.2.  **Janice Leverenz** **518 Wilkin Rd.** **Danville, IL 61832** **personal guarantor** | **over past year ($2,000/month)** | **$24,000.00** | **monthly payment on Iroquois Federal loan - personally guaranteed by 3 officers** |
| 4.3.  **John Leverenz, Jr.** **1665 N. Vermilion St.** **Danville, IL 61832** **personal guarantor** | **over past year ($2,000/month)** | **$24,000.00** | **monthly payment on Iroquois Federal loan - personally guaranteed by 3 officers** |

5.    **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.    **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Trustees of Construction Industry Welfare Fund of Central Illinois c/o Patrick Ryan, Baum, Sigman, et al 200 W. Adams St., Suite 2200 Chicago, IL 60606-5231** | **Iroquois Federal business checking account attached/frozen per Citation** Last 4 digits of account number:  ____7808____ | **Citation issued 10-3-17** | **$20,900.00** |

**Part 3:**    **Legal Actions or Assignments**

7.    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **John Leverenz Masonry, Inc.** | | Case number *(if known)* |
|---|---|---|---|

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Central Laborers' Pension Fund, et al v. John Leverenz Masonry, Inc.**<br>**17-3161** | **Union lawsuit - Judgment entered/Citation pending** | **U.S. Federal Court**<br>**Central District**<br>**Springfield, IL** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Trustees of Construction Industry Welfare Fund of Central Illinois vs. John Leverenz Masonry, Inc.**<br>**16-cv-2363** | **pension lawsuit - Judgment entered/Citation pending** | **U.S. Federal Court**<br>**Central District of Illinois**<br>**201 S. Vine St.**<br>**Urbana, IL 61801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Bricklayers & Trowel Trades International Pension Fund, et al v. John Leverenz Masonry, Inc.**<br>**1:17-cv-1696-JDB** | **Union lawsuit** | **Federal Court**<br>**District of Columbia**<br>**Washington, DC 20015** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Bricklayers and Allied Craftworkers, International Union No. 8 of Illinois, et al**<br>**3:17-cv-03077 SEM-TSH** | **Union lawsuit - Judgment entered** | **Federal Court**<br>**Central District of Illinois**<br>**601 S. Vine**<br>**Urbana, IL 61801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    **John Leverenz Masonry, Inc.**

Case number (if known) _____

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Prillaman & Moore, Ltd. 220 West Main Street Urbana, IL 61801** | **Attorney Fees $2,500.00 plus $335.00 filing fee** | **11-10-17** | **$2,835.00** |
| **Email or website address rlprillama@aol.com** | | | |
| **Who made the payment, if not debtor? John Leverenz, Jr.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

Debtor    **John Leverenz Masonry, Inc.**                                                            Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Jackson National Life Ins. Company** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other  life insurance policy | **4-2017** | **$58,073.90** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Janice and John Leverenz, Sr.**<br>**115 Kimball**<br>**Danville, IL 61832** | **Janice and John Leverenz, Sr.**<br>**518 Wilkin Rd.**<br>**Danville, IL 61832**<br><br>**John Leverenz, Jr.**<br>**1665 N. Vermilion St.**<br>**Danville, IL 61832** | **(adjacent commercial building); Debtor's masonry equipment and inventory** | ☐ No<br>☑ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **John Leverenz Masonry, Inc.**                                    Case number *(if known)* _____

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Brook Street Material Supply, Inc.**<br>**810 Brook St.**<br>**Danville, IL 61832** | **810 Brook St.**<br>**Danville, IL 61832** | **various masonry and concrete materials stored at commercial building** | **$40,000.00** |

<div style="background:black;color:white;display:inline-block">**Part 12:**</div>   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

<div style="background:black;color:white;display:inline-block">**Part 13:**</div>   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Debtor   **John Leverenz Masonry, Inc.**                                      Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Sandy Dehaye, Office Manager** Danville, IL 61832 | **past 2 years** |
| 26a.2. **Jo VanHoveln, Office Manager** | **previous** |
| 26a.3. **Crowder CPA** 424 N. Gilbert Danville, IL 61832 | **past 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Crowder, CPA** 424 N. Gilbert Danville, IL 61832 | **past 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **John Leverenz, Jr.** 1665 N. Vermilion St. Danville, IL 61832 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Iroqouis Federal Savings & Loan** P.O. Box 1277 619 N. Gilbert Danville, IL 61834-1277 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor    **John Leverenz Masonry, Inc.**                                          Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | John Leverenz, Jr. | Nov. 2017 | approx. $15,000 liquidation |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | John Leverenz, Jr.<br>1665 N. Vermilion St.<br>Danville, IL 61832 |

| | | Date of inventory | |
|---|---|---|---|
| 27.2. | NONE | 2016 | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | None |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Leverenz, Sr. | 518 Wilkin Rd.<br>Danville, IL 61832 | President | 51% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Leverenz, Jr. | 1665 N. Vermilion St.<br>Danville, IL 61832 | Vice President | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Janice Leverenz, Sr. | 518 Wilkin Rd.<br>Danville, IL 61832 | Secretary/Treasurer | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **John Leverenz Masonry, Inc.**                                   Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **John Leverenz, Jr.**<br>**1665 N. Vermilion St.**<br>**Danville, IL 61832** | **$77,540.00** | **10-28-16 to 11-13-17 (last payment 10-13-17)** | **wages** |
| | Relationship to debtor<br>**Vice President** | | | |
| 30.2. | **John Leverenz, Sr.**<br>**518 Wilkin Rd.**<br>**Danville, IL 61832** | **$23,961.00** | **10-28-16 to 11-13-17 (last payment 10-13-17)** | **wages** |
| | Relationship to debtor<br>**President** | | | |
| 30.3. | **Janice Leverenz**<br>**518 Wilkin Rd.**<br>**Danville, IL 61832** | **$12,250.00** | **10-28-16 to 11-13-17 (last payment 10-13-17)** | **wages** |
| | Relationship to debtor<br>**Secretary and Treasurer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Central Laborers' Pension Fund, et al** | EIN:     **unknown** |
| **Trustees of Construction Industry Welfare Fund of Central Illinois** | EIN:     **unknown** |
| **Bricklayers & Trowel Trades International Pension Fund, et al** | EIN:     **unknown** |
| **Bricklayers and Allied Craftworkers, International** | EIN:     **unknown** |

Debtor   **John Leverenz Masonry, Inc.** _____   Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 13, 2017** _____

**/s/ John Leverenz, Jr.** _____        **John Leverenz, Jr.** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Vice President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of Illinois

In re  **John Leverenz Masonry, Inc.**                                        Case No. _____
                                        Debtor(s)                                Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **2,500.00** |
    | Prior to the filing of this statement I have received | $ | **2,500.00** |
    | Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor       ■ Other (specify):   **John Leverenz, Jr.**

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, motions to dismiss for
    presumption of abuse, relief from stay actions, other adversary proceedings, or other non-routine or contested
    matters.  Extraordinary matters to be billed at attorney's hourly rate in accordance with fee agreement entered
    into in accordance with BAPCPA.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 13, 2017**                              **/s/ Roger L. Prillaman**
*Date*                                             **Roger L. Prillaman**
                                                   *Signature of Attorney*
                                                   **Prillaman & Moore, Ltd.**
                                                   **220 West Main Street**
                                                   **Urbana, IL 61801**
                                                   **217/384-1300   Fax: 217/384-1318**
                                                   **rlprillama@aol.com**
                                                   *Name of law firm*

---

# United States Bankruptcy Court
## Central District of Illinois

In re   **John Leverenz Masonry, Inc.**                                        Case No.
                                                 Debtor(s)         Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 13, 2017**                    **/s/ John Leverenz, Jr.**
                                                 **John Leverenz, Jr./Vice President**
                                                 Signer/Title

# United States Bankruptcy Court
## Central District of Illinois

In re    **John Leverenz Masonry, Inc.**
_____

Debtor(s)

Case No. _____

Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **John Leverenz Masonry, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 13, 2017**
_____
Date

**/s/ Roger L. Prillaman**
_____
**Roger L. Prillaman**
Signature of Attorney or Litigant
Counsel for   **John Leverenz Masonry, Inc.**
**Prillaman & Moore, Ltd.**
**220 West Main Street**
**Urbana, IL 61801**
**217/384-1300 Fax:217/384-1318**
**rlprillama@aol.com**