# United States Bankruptcy Court
## Central District of Illinois

In re **John Leverenz Masonry, Inc.**                                              Case No. **17-91227**
                                    Debtor(s)                                      Chapter  **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

    1. Gross Income For 12 Months Prior to Filing:                                                     $   **175,221.28**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

    2. Gross Monthly Income                                                                              $   **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

    3. Net Employee Payroll (Other Than Debtor)                                                          $   **0.00**
    4. Payroll Taxes                                                                                          **0.00**
    5. Unemployment Taxes                                                                                     **0.00**
    6. Worker's Compensation                                                                                  **0.00**
    7. Other Taxes                                                                                            **0.00**
    8. Inventory Purchases (Including raw materials)                                                         **0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray                                                                 **0.00**
    10. Rent (Other than debtor's principal residence)                                                       **0.00**
    11. Utilities                                                                                             **0.00**
    12. Office Expenses and Supplies                                                                          **0.00**
    13. Repairs and Maintenance                                                                               **0.00**
    14. Vehicle Expenses                                                                                      **0.00**
    15. Travel and Entertainment                                                                              **0.00**
    16. Equipment Rental and Leases                                                                           **0.00**
    17. Legal/Accounting/Other Professional Fees                                                              **0.00**
    18. Insurance                                                                                             **0.00**
    19. Employee Benefits (e.g., pension, medical, etc.)                                                      **0.00**
    20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
|  |  |

    21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
|  |  |

    22. Total Monthly Expenses (Add items 3-21)                                                           $   **0.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)                                          $   **0.00**